1  Corey C. Watson (S.B.N. 204679)
   Email: cwatson@kirkland.com
2  KIRKLAND & ELLIS LLP
   777 South Figueroa Street, Suite 3400
3  Los Angeles, California 90017
   Telephone:   (213) 680-8400
4  Facsimile:   (213) 680-8500

5  Attorneys for Defendant Guardian Glass Company

6  *Please refer to the signature page for the complete
   list of attorneys and parties agreeing to this stipulation.*

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NO JOB TO SMALL, INC., on Behalf of itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Pilkington North America, Inc., Nippon Sheet Glass, AGC Group (f/k/a AFG Glass or AFG Industries, Inc.), Asahi Glass Co., Ltd., Saint-Gobain Corporation, Saint-Gobain SA, Guardian Glass Corporation, and Co-Conspirators I-X,<br><br>Defendants. | CASE NO. CV 08-02372 MEJ<br><br>[PROPOSED] ORDER EXTENDING DEADLINES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

-1-

[Proposed] Order Extending Deadlines Set Forth In
Order Setting Initial Case Management Conference
And ADR Deadlines; Case No. CV 08-02372 MEJ

K&E 13076003.

1  WHEREAS Plaintiff filed its complaint in the above-captioned case on May 8, 2008 [Docket No. 1];

2  WHEREAS by an order dated June 10, 2008, the Judicial Panel on Multidistrict Litigation transferred twenty (20) actions to the Western District of Pennsylvania and noted additional tag-along actions, including this case, that would be subject to a conditional transfer order;

3  WHEREAS on June 24, 2008, the Judicial Panel on Multidistrict Litigation issued an order conditionally transferring this case (among others) to the Western District of Pennsylvania;

4  WHEREAS the transferee court in the Western District of Pennsylvania held a pre-trial hearing on July 10, 2008, to address, among other things, the plaintiffs' filing of a consolidated amended complaint and the defendants' responses thereto;

5  WHEREAS in light of the anticipated transfer of this action and others to the Western District of Pennsylvania, the parties have conferred and agreed that the deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines filed on May 8, 2008, (the "May 8, 2008 Order") [Docket No. 2], should be stayed pending transfer of this case to the Western District of Pennsylvania;

6  WHEREAS the parties have concurrently submitted a STIPULATION TO EXTEND DEADLINES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, seeking the relief in this Order;

IT IS HEREBY ORDERED THAT the deadlines set forth in the Court's May 8, 2008 Order shall be stayed pending transfer and consolidation of this case in the Western District of Pennsylvania.

DATED: July 14, 2008

_____
The Honorable Maria-Elena James
Judge of the United States District Court
Northern District of California

-2-

[Proposed] Order Extending Deadlines Set Forth In
Order Setting Initial Case Management Conference
And ADR Deadlines; Case No. CV 08-02372 MEJ

K&E 13076003.

## PROOF OF SERVICE

I, Aida Ramos, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street, Suite 3400, Los Angeles, California 90017.

On July 14, 2008, I served the following document:

1.  [PROPOSED] ORDER EXTENDING DEADLINES SET FORTH IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

on the interested parties listed below in this action as follows:

| | |
|---|---|
| Richard B. Kendall<br>Irell & Manella LLP<br>1800 Avenue of Stars<br>Suite 900<br>Los Angeles, CA 90067<br>Telephone:    (310) 277-1010<br>Facsimile:    (310) 203-7199<br>E-Mail:    rkendall@irell.com<br><br>Paul S. Hessler<br>Thomas A. McGrath<br>LINKLATERS LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br><br>*Attorneys for Defendant Saint-Gobain Corporation* | Barbara T. Sicalides<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Street<br>Philadelphia, PA 19103<br><br>Michael L. Meeks<br>E-Mail: meeksm@pepperlaw.com<br>PEPPER HAMILTON LLP<br>Suite 1200<br>4 Park Plaza<br>Irvine, CA 92614-5955<br>Telephone: (949) 567-3509<br>Facsimile: (949) 863-0151<br><br>*Attorneys for Defendant Pilkington North America Inc. and Nippon Sheet Glass Company, Ltd.* |

-3-

[Proposed] Order Extending Deadlines Set Forth In Order Setting Initial Case Management Conference And ADR Deadlines; Case No. CV 08-02372 MEJ

K&E 13076003.

1  Mark Leddy
   Jeremy Calsyn
2  CLEARY GOTTLIEB STEEN & HAMILTON LLP
3  2000 Pennsylvania Avenue, NW
4  Washington, DC 20006

5  *Attorneys for Defendant Asahi Glass Co., Ltd.*

   Donald Amamgbo
   Amamgbo & Associates
   7901 Oakport, Suite 4900
   Oakland, CA 94621
   Telephone:  (510) 615-6000
   Facsimile:  (510) 615-6025

   Reginald Terrell
   The Terrell Law Group
   223 25th Street
   Richmond, CA 94804
   Telephone:  (510) 237-9700
   Facsimile:  (510) 237-4616

   *Attorneys for the Plaintiff*

9  ☒ **[Notice of Electronic Filing]** The document is being served this day on all counsel of record identified above via transmission of Notices of Electronic Filing generated by CM/ECF, provided they are a registered user.

☒ **[U.S. Mail]** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth above. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

☒ **[Federal]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed July 14, 2008, at Los Angeles, California.

*Aida Ramos* (signature)

[Proposed] Order Extending Deadlines Set Forth In Order Setting Initial Case Management Conference And ADR Deadlines; Case No. CV 08-02372 MEJ

K&E 13076003.