UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P. O. BOX 1805
PITTSBURGH, PA 15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

July 15, 2008

Clerk's Office
Northern District of California
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102

Re:     No Job To Small v. Pilkington North America, CA 08-2372
        G&C Auto Body v. Guardian Industries Corp, CA 08-1990

Dear Clerk:

Enclosed find a certified copy of an order from the Judicial Panel on Multidistrict Litigation transferring the above cases to the Western District of Pennsylvania. Please electronically transfer the cases to the Western District of Pennsylvania via CM/ECF, using the "extract civil case for export" function.

Sincerely,

Colleen Willson

Colleen Willison
Chief Deputy

cc: file
    Intake

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 0 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 24 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FLAT GLASS ANTITRUST LITIGATION (NO. II)     MDL No. 1942

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 10, 2008, the Panel transferred nine civil actions to the United States District Court for the Western District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Donetta W. Ambrose.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Pennsylvania and assigned to Judge Ambrose.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Pennsylvania for the reasons stated in the order of June 10, 2008, and, with the consent of that court, assigned to the Honorable Donetta W. Ambrose.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL 1 0 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED FROM THE RECORD
Date 7/15/08
ROBERT V. BARTH, JR., CLERK
By_____
Deputy Clerk

08-180

# IN RE: FLAT GLASS ANTITRUST LITIGATION (NO. II)     MDL No. 1942

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

**CALIFORNIA CENTRAL**
CAC  2   08-3144     Century Bathworks, Inc. v. Guardian Industries Corp., et al.
CAC  2   08-3386     Girard Glass Corp. v. Guardian Industries Corp., et al.

**CALIFORNIA NORTHERN**
CAN  3   08-2372 MEJ   No Job To Small, Inc. v. Pilkington North America, Inc., et al.
CAN  4   08-1990 WDB   G&C Auto Body, Inc. v. Guardian Industries Corp., et al.